No. 11–5408. OVERTON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 11–5457. MINICONE v. WERLINGER, WARDEN. C. A. 3d Cir. Certiorari denied.

No. 11–5485. ORR v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 11–5508. OLIVER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–5580. ANTONSSON v. KAST. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 11–5718. HIRSCH v. ENOCH PRATT FREE LIBRARY ET AL. C. A. 4th Cir. Certiorari denied.

No. 11–5885. BILLUPS v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 11–5896. DOSTER v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 11–5940. DOORLY v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 11–5952. BUTLER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–5991. ZAGORSKI v. TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 11–6002. HARDY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 11–6079. PARKER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–6096. FISHER v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

